**Opinion issued July 12, 2012**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-12-00409-CV

_____

**SCOTT BROWNING, Appellant**

**V.**

**TANE BACINO, Appellee**

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Case No. 2009-62141**

## MEMORANDUM OPINION

This is an attempted appeal of the trial court's September 1, 2011 confirmation of an arbitration award. The October 4, 2012 notice of appeal appears to be untimely. *See* TEX. R. APP. P. 26.1. No clerk's record has been filed.

Browning did not file a motion to extend time to file the notice of appeal. *See* TEX. R. APP. P. 26.3.

On May 3, 2012, the Clerk of this Court notified Browning that we would dismiss this appeal for failure to pay the $175.00 filing fee unless the fee was paid no later than May 14, 2012. *See* TEX. R. APP. P. 5 (requiring payment of fees), 42.3(c) (allowing involuntary dismissal). Browning did not respond.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3.

**Per Curiam**

Panel consists of Justices Higley, Sharp, and Huddle.